STATE OF NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1505        AND FILED ON        2/13/2008

| | |
|---|---|
| THERESA CECCOTTI<br><br>Vs.<br><br>FABIO AMENDOLA, INDIVIDUALLY, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                        )  SS

COUNTY OF WESTCHESTER                                )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____2/27/2008_____ at _____11:35AM_____, deponent did serve the within process as follows:

Process Served:
Party Served:        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES                    (herein called
recipient)
                     FABIO AMENDOLA                                                       therein named.

At Location:         THRUWAY AUTHORITY
                     ROUTE 9
                     TARRYTOWN NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _M_    Color of Skin    _WH_    Color of Hair              _BLACK_

Age    _35/43_    Height    _5'9"_    Weight    _165_

       Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   HE was not.

Sworn to before me on _____2/28/2008_____

_____                    _____
                                                 John Axelrod
                                                 Server's License#:

2010

STATE OF NEW YORK                     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1505          AND FILED ON          2/13/2008

| | |
|---|---|
| THERESA CECCOTTI | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| FABIO AMENDOLA, INDIVIDUALLY, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                                          )
                                                                                            ) SS
COUNTY OF WESTCHESTER                                            )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____3/10/2008_____ at _____2:55PM_____ , deponent did serve the within process as follows:

Process Served:
Party Served:      SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
recipient)          RICHARD IUELE                                                       (herein called

                                                                                                therein named.
At Location:        THRUWAY AUTHORITY
                         4 EXECUTIVE BOULEVARD
                         SUFFERN NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M           Color of Skin      _WH_          Color of Hair              _BLK/GR_

Age _45/50_   Height      _6'_          Weight         _200_

        Other Features                                MOUSTACHE,BEARD,GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   HE was not.

Sworn to before me on _____3/12/2008_____

_____                          _____
                                                                          Gary Williams
                                                                          Server's License#:

2010

STATE OF NEW YORK                    SOUTHERN DIST. COUNTY                    U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CIV 1505       AND FILED ON FEBRUARY 13, 2008
ATTORNEY(S) Lovett & Gould, Esqs. , Ann Frank, Lgl Asst.

---

*Theresa Ceccotti*                                             Plaintiff(s)/Petitioner(s)

vs

*Fabio Amendola Indiv Richard Iuele Indiv and The New York State Thruway Authority*            Defendant(s)/Respondent(s)

---

STATE OF NEW YORK: COUNTY OF  ALBANY                         , SS.:

_____ Christopher Warner _____ , being duly sworn deposes and says deponent is not a party herein,

is over the age of eighteen years and resides in the State of New York. That on _____ February 21, 2008 _____ at ___ 10:20 am ___ M

at _____ 200 Southern Blvd., Albany, NY _____ deponent (did), did not) serve the within

Summons in a Civil Action & Complaint

on: _____ The New York State Thruway Authority _____ , ___ Defendant ___ (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☒ A __ xxxxxxx __ corporation, by delivering thereat a true copy of each to __ Marcy J. Pavone __ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __ Legal Asst. II / Authorized Agent __ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☐ On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION** ☒ A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex _Female_ Color of skin ___White___ Color of hair__Brown__ Approx. Age _36 - 50 Yrs._ Approx. Height _5' 4" - 5' 8"_ Approx. weight _100 - 130 Lbs._ Other _____

**#8 WIT. FEES** ☐ $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this

_25th_ day of _____ February, 2008

_____
FAITH COZZY
Notary Public, State of New York
Qualified in Albany County
Reg. No. 01CO6158574
Commission Expires January 8, 2011

_____
Christopher Warner

**Invoice-Work Order #** 0803290

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**