STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1505   AND FILED ON   2/13/2008

THERESA CECCOTTI

Vs.

FABIO AMENDOLA, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____2/27/2008_____ at _____11:35AM_____, deponent did serve the within process as follows:

Process Served:
Party Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
recipient)      FABIO AMENDOLA                                           (herein called
                                                                          therein named.
At Location:    THRUWAY AUTHORITY
                ROUTE 9
                TARRYTOWN NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   **M**   Color of Skin   **WH**   Color of Hair           **BLACK**

Age   **35/43**   Height   **5'9"**   Weight   **165**

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on   2/28/2008

_____   _____
                             John Axelrod
                             Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1505    AND FILED ON    2/13/2008

THERESA CECCOTTI

Vs.    Plaintiff(s)/Petitioner(s)

FABIO AMENDOLA, INDIVIDUALLY, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                                                    ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____3/10/2008_____ at _____2:55PM_____, deponent did serve the within process as follows:

Process Served:
Party Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
recipient)    RICHARD IUELE    (herein called

At Location:    THRUWAY AUTHORITY    therein named.
                        4 EXECUTIVE BOULEVARD
                        SUFFERN NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M        Color of Skin   WH        Color of Hair        BLK/GR

Age  45/50   Height   6'                 Weight    200

Other Features                              MOUSTACHE, BEARD, GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on _____3/12/2008_____

_____        _____
                                                                            Gary Williams
                                                                            Server's License#:

2010

STATE OF NEW YORK    SOUTHERN DIST. COUNTY    U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CIV 1505    AND FILED ON FEBRUARY 13, 2008
ATTORNEY(S) Lovett & Gould, Esqs. , Ann Frank, Lgl Asst.

*Theresa Ceccotti*    Plaintiff(s)/Petitioner(s)

vs

*Fabio Amendola Indiv Richard Iuele Indiv and The New York State Thruway Authority*    Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

Christopher Warner , being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on February 21, 2008 at 10:20 am M at 200 Southern Blvd., Albany, NY deponent (did) did not serve the within Summons in a Civil Action & Complaint

on: The New York State Thruway Authority , Defendant (herein called recipient) therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. [X] A xxxxxxx corporation, by delivering thereat a true copy of each to Marcy J. Pavone personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Legal Asst. II / Authorized Agent thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#5 MAILING COPY [ ] On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SERVICE [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

#7 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex Female  Color of skin White  Color of hair Brown  Approx. Age 36 - 50 Yrs.  Approx. Height 5' 4" - 5' 8" Approx. weight 100 - 130 Lbs.  Other _____

#8 WIT. FEES [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
25th day of February, 2008

_FAITH COZZY_
Notary Public, State of New York
Qualified in Albany County
Reg. No. 01CO6158574
Commission Expires January 8, 2011

Christopher Warner

Invoice-Work Order # 0803290

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**