UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Theresa Ceccotti,

         Plaintiff(s),

-against-

Fabio Amendola, et al.,

         Defendant(s).

--------------------------------------------------------X

08 Civ. 1505 (KMK) (LMS)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: \_\_\_\_

✓ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:\_\_\_\_

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:\_\_\_\_

All such motions:\_\_\_\_

* Do not check if already assigned for general pretrial.

Dated: July 28, 2008

SO ORDERED

Hon. Kenneth M. Karas
United States District Judge